1
2
3
4
5
6
7
8
9
10

# United States District Court
# Central District of California

11

| | |
|---|---|
| JOSE AMADOR JACOBO, | Case No. 2:16-CV-07647-ODW(AFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| JAGBIR GREWEL; LUIS AND | |
| CHRISTINE VALENZUELA TRUST; | |
| and DOES 1 through 10, inclusive, | |
| Defendants. | |

12
13
14
15
16
17
18

///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

The Court issued an order setting a scheduling conference in this matter for March 27, 2016.  (ECF No. 12.)  The parties were required to submit a joint Federal Rule of Civil Procedure 26(f) report to the Court by March 20, 2017.  However, no such report was filed by that date.  The Court orders the parties to show cause on or before March 23, 2017, why this action should not be dismissed for lack of prosecution.  Submission of a joint report by that date will also discharge this order.

**IT IS SO ORDERED.**

March 22, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**