# United States District Court
# Central District of California

| | |
|---|---|
| JOSE AMADOR JACOBO,<br><br>Plaintiff,<br><br>v.<br><br>JAGBIR GREWAL d/b/a 7-ELEVEN STORE 34147A; LUIS AND CHRISTINE VALENZUELA TRUST; DOES 1–10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-7647-ODW(AFM)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On August 1, 2017, the parties filed a Notice of Settlement indicating that Plaintiff would file dispositional documents within 30 days. (ECF No. 22.) To date, no stipulation of dismissal has been filed. Therefore, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by September 18, 2017, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

September 8, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**